CARLOS BRUZON
PIKE COUNTY JAIL
HC 8 BOX 8601
HAWLEY, PA 18428

JUNE 26, 2001

CLERK OF THE COURTS
FEDERAL BUILDING AND COURTHOUSE
235 N. WASHINGTON AVE.
SCRANTON, PA. 18501

Dear clerk,

    My name is Carlos Bruzon and I just received some legal mail stating that my case has been transferred from NEW YORK to PENNSYLVANIA. I really don't understand what's going on and would like to be informed. There are other issues that I need to discuss as well like, I would like to have an attorney for my case, if possible, I would like to be transferred to a federal prison while I'm fighting this case if I have to remain in custody, and I would truly appreciate it if someone could update me as to where my case stand and what happens next.

    Please contact me as soon as possible, and thank you for your time and concern

SINCERELY,

*Carlos Bruzon*
CARLOS BRUZON