*see dkt*

③
7/3/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS BRUZON,<br>    Petitioner | : | CIVIL ACTION NO. 1:CV-01-1176 |
| v. | : | |
| IMMIGRATION AND<br>NATURALIZATION SERVICE,<br>    Respondent | : | (Judge Rambo) |

FILED
HARRISBURG, PA

JUL 0 2 2001

MARY E. D'ANDREA, CLERK
PER_____ /DEPUTY CLERK

### ORDER

**IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed *in forma pauperis* is granted.

2. The Clerk of Court is directed to serve a copy of the petition on the Respondent and the United States Attorney.

3. Within twenty (20) days of the date of this order, Respondents shall file a response to the petition.

4. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending the filing of a response.

5. Petitioner may file a reply to the response within fifteen (15) days of its filing.

7/2/01

SYLVIA H. RAMBO
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 2, 2001

Re:  1:01-cv-01176   Bruzon v. Immigration

True and correct copies of the attached were [mailed]
to the following:

Carlos Bruzon
PIKE COUNTY JAIL
H.C. 8, Box 8601
Hawley, PA  18428

cc:
Judge                         ( )
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached
                                  U.S. Marshal ( )

Standard Order 93-5           ( )
Order to Show Cause           (X) with Petition a[ttached]
                                  to: US Atty Gen[eral]
                                      DA of Coun[ty]

Bankruptcy Court              ( )
Other _____ ( )

DATE: _____7-2-01_____

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Recipient's Name: John C. [Crow?]
Street, Apt. No.; or PO Box No.: PO Bx 878 37 Hst
City, State, ZIP+4: Wash DC 20044

PS Form 3800, February 2000

---

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Recipient's Name: Mark Carlson
Street, Apt. No.; or PO Box No.: PO Bx 11754
City, State, ZIP+4:

PS Form 3800, February 2000

---

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Recipient's Name: Immigration & Naturalization
Street, Apt. No., or PO Box No.: 1660 Callowhill St.
City, State, ZIP+4: Philadelphia, Pa. 19130

PS Form 3800, February 2000