(4)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Immigration & Naturalization
1660 Callowhill St.
Philadelphia, Pa. 19130

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X _____   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[FAIRMOUNT STA PHILADELPHIA JUL 5 2001 postmark]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 2893    1-1-CV-1176 S.C.Order 7-2-01

PS Form 3811, July 1999    Domestic Return Receipt    1 of 3    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martin Carlson, Acting U.S. Attorney
P.O. Box 11754
Harrisburg, Pa. 17108

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature                            JUL 03 2001
X Justine Monk                          ☐ Agent  ☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 2879    1-1-CV-1176 S.C.Order 7-2-01

PS Form 3811, July 1999    Domestic Return Receipt    2 of 3    102595-00-M-0952

---

**FILED
HARRISBURG

JUL 12 2001

MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK**

1-01-CV-1176
Show Cause
Order
07-2-01