See Attachment ⑥
7/30/01
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS BRUZON, | : CIVIL ACTION NO. 1:CV-01-1176 |
| Petitioner | : |
| v. | : |
| UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE, | : (Judge Rambo) |
| Respondent | : |

### ORDER

AND NOW, THIS 27th DAY OF JULY, 2001, upon consideration of respondent's motion for an enlargement of time in which to file a response to the petition for writ of habeas corpus, **IT IS HEREBY ORDERED THAT** the motion (Doc. 5) is granted. Respondent shall have until July 30, 2001 in which to file his response.

_____
YVETTE KANE
United States District Judge
on behalf of Judge Rambo

**FILED**
HARRISBURG, PA

JUL 2 7 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 27, 2001

Re: 1:01-cv-01176    Bruzon v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk to the following:

Carlos Bruzon
PIKE COUNTY JAIL
H.C. 8, Box 8601
Hawley, PA 18428

Joseph J. Terz, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA 17108

Marty Carlson
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA 17108

```
cc:
Judge                          (✓)         (✓) Pro Se Law Clerk
Magistrate Judge               ( )         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )
```

Bankruptcy Court        ( )
Other_____ ( )

DATE: ___7/27/01___

MARY E. D'ANDREA, Clerk

BY: _____[signature]_____
Deputy Clerk