IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS BRUZON,** | CIVIL ACTION NO. 1:CV-01-1176 |
| Petitioner | |
| v. | |
| **UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE,** | (Judge Rambo) |
| Respondent | |

FILED
HARRISBURG, PA
AUG 0 6 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

Upon consideration of respondent's motion for an enlargement of time in which to file a response to the petition for writ of habeas corpus, IT IS HEREBY ORDERED THAT the motion (Doc. 7) is granted. Respondent is granted an enlargement of time until August 9, 2001 in which to file his response.

SYLVIA H. RAMBO
United States District Judge

Dated: August 6, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 6, 2001

Re: 1:01-cv-01176   Bruzon v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk to the following:

Carlos Bruzon
PIKE COUNTY JAIL
H.C. 8, Box 8601
Hawley, PA  18428

Joseph J. Terz, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108

Marty Carlson
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108

```
cc:
Judge                         (X)         (X) Pro Se Law Clerk
Magistrate Judge              ( )         ( ) INS
U.S. Marshal                  ( )         ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )    PA Atty Gen  ( )
                                       DA of County  ( )    Respondents  ( )
```

```
Bankruptcy Court           ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

DATE: August 6th, 2001

BY: _____
    Deputy Clerk

Case 1:01-cv-01176-SHR-KH    Document 8    Filed 08/06/2001    Page 3 of 3