# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS BRUZON,  :  CIVIL ACTION NO. 1:CV-01-1176

    Petitioner  :

v.  :

UNITED STATES IMMIGRATION
AND NATURALIZATION SERVICE,  :  (Judge Rambo)

    Respondent  :

**FILED
HARRISBURG, PA
AUG 1 6 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK**

## ORDER

AND NOW, THIS 16 DAY OF AUGUST, 2001, upon consideration of respondent's motion for an enlargement of time in which to file a response to the petition for writ of habeas corpus, said motion (Doc. 9) is hereby granted. Respondent is granted an enlargement of time until August 30, 2001 in which to file its response.

SYLVIA H. RAMBO
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 16, 2001

Re:  1:01-cv-01176     Bruzon v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk
to the following:

```
Carlos Bruzon
PIKE COUNTY JAIL
H.C. 8, Box 8601
Hawley, PA  18428

Joseph J. Terz, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108

Marty Carlson
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108
```

```
cc:
Judge                          ( / )          ( / ) Pro/Se Law Clerk
Magistrate Judge               (   )          (   ) INS
U.S. Marshal                   (   )          (   ) Jury Clerk
Probation                      (   )
U.S. Attorney                  (   )
Atty. for Deft.                (   )
Defendant                      (   )
Warden                         (   )
Bureau of Prisons              (   )
Ct Reporter                    (   )
Ctroom Deputy                  (   )
Orig-Security                  (   )
Federal Public Defender        (   )
Summons Issued                 (   )  with N/C attached to complt. and served by:
                                      U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5            (   )
Order to Show Cause            (   )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen    (  )    PA Atty Gen   (  )
                                           DA of County   (  )    Respondents   (  )
```

Bankruptcy Court          ( )
Other_____ ( )

MARY E. D'ANDREA, Clerk

DATE: _____8/16/01_____   BY: _____
                                   Deputy Clerk