# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS BRUZON, | : CIVIL ACTION NO. 1:CV-01-1176 |
| Petitioner | : |
| v. | : |
| UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE, | : (Judge Rambo) |
| Respondent | : |

## ORDER

AND NOW, THIS 17 DAY OF AUGUST, 2001, upon consideration of petitioner's motion for summary judgment, said motion (Doc. 10) is hereby denied. Respondent has yet to file a response brief to the show cause order and motion for summary judgment is not appropriate for writ of habeas corpus proceedings.

SYLVIA H. RAMBO
United States District Judge

FILED
HARRISBURG, PA
AUG 1 7 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 17, 2001

Re:  1:01-cv-01176   Bruzon v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk to the following:

    Carlos Bruzon
    PIKE COUNTY JAIL
    H.C. 8, Box 8601
    Hawley, PA  18428

    Joseph J. Terz, Esq.
    U.S. Attorney's Office
    Room 217, Federal Building
    228 Walnut St.
    Harrisburg, PA  17108

    Marty Carlson
    U.S. Attorney's Office
    Room 217, Federal Building
    228 Walnut St.
    Harrisburg, PA  17108

```
cc:
Judge                          (✓)              (✓) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
```

Bankruptcy Court           ( )
Other_____ ( )

MARY E. D'ANDREA, Clerk

DATE: __8/17/01__          BY: _____
                               Deputy Clerk