**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Ashcroft, Attorney General
U. S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington D. C. 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Reginald Robinson  B. Date of Delivery
C. Signature
X ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 2886

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

1-1-1176   S. Conde   7-2-01
3 of 3


11/2/01
sc

**FILED**
**HARRISBURG**

NOV 0 2 2001

MARY E. D'ANDREA, CLERK
Per SR
DEPUTY CLERK

1-1-CV-1176
Show Cause
7-2-01